| AO 10 Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>AFRICK, LANCE M. | 2. Court or Organization<br><br>USDC, EASTERN DISTRICT OF LA | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL-TIME U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>500 POYDRAS STREET<br>ROOM C-405<br>NEW ORLEANS, LA 70130 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member and Past President | Allstate Sugar Bowl |
| 2. | Trustee | Trust #1 |
| 3. | Director | ▨ Family Foundation, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Louisiana Department of Natural Resources HERO PROGRAM | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Brown Sims, PC - wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | April 15, 2011 - April 17, 2011 | Biloxi, MS | Bench Bar Conference | registration, hotel accommodations |
| 2. | Louisiana State Bar Association | June 29, 2011 - July 1, 2011 | Las Vegas, NV | Annual Bar Association Conference | registration, hotel, travel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ███ Africk Revocable Trust | Note payable for purchase of 16.67% interest in Africk Investments, Inc. | K |
| 2. ███ Africk Revocable Trust | Note payable for purchase of 16.67% interest in Africk Investments, Inc. | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential IRA (Prudential Equity Fund) | A | Dividend | | | Redeemed | 11/07/11 | M | | |
| 2. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 01/31/11 | J | | |
| 3. | | | | | Buy | 12/28/11 | J | | |
| 4. | | | | | Buy | 12/29/11 | J | | |
| 5. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | Redeemed (part) | 12/13/11 | J | A | |
| 6. Krispy Kreme Donuts, Inc. | | None | J | T | | | | | |
| 7. RMA Tax Free Fund, Inc. (UBS) | A | Dividend | M | T | Buy | 01/03/11 | J | | |
| 8. | | | | | Sold (part) | 01/04/11 | J | | |
| 9. | | | | | Sold (part) | 01/06/11 | J | | |
| 10. | | | | | Sold (part) | 01/12/11 | J | | |
| 11. | | | | | Sold (part) | 01/20/11 | J | | |
| 12. | | | | | Buy | 01/25/11 | J | | |
| 13. | | | | | Sold (part) | 02/07/11 | J | | |
| 14. | | | | | Sold (part) | 02/09/11 | J | | |
| 15. | | | | | Sold (part) | 02/15/11 | J | | |
| 16. | | | | | Buy | 02/22/11 | J | | |
| 17. | | | | | Sold (part) | 02/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/02/11 | J | | |
| 19. | | | | | Sold (part) | 03/04/11 | J | | |
| 20. | | | | | Sold (part) | 03/09/11 | J | | |
| 21. | | | | | Buy | 03/10/11 | J | | |
| 22. | | | | | Sold (part) | 03/16/11 | J | | |
| 23. | | | | | Buy | 03/25/11 | J | | |
| 24. | | | | | Sold (part) | 03/30/11 | J | | |
| 25. | | | | | Sold (part) | 04/08/11 | J | | |
| 26. | | | | | Sold (part) | 04/11/11 | J | | |
| 27. | | | | | Sold (part) | 04/13/11 | K | | |
| 28. | | | | | Sold (part) | 04/19/11 | J | | |
| 29. | | | | | Buy | 04/25/11 | J | | |
| 30. | | | | | Sold (part) | 04/29/11 | J | | |
| 31. | | | | | Sold (part) | 05/13/11 | J | | |
| 32. | | | | | Sold (part) | 05/17/11 | J | | |
| 33. | | | | | Sold (part) | 05/18/11 | J | | |
| 34. | | | | | Sold (part) | 05/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 05/24/11 | J | | |
| 36. | | | | | Buy | 05/26/11 | K | | |
| 37. | | | | | Sold (part) | 05/31/11 | J | | |
| 38. | | | | | Sold (part) | 06/02/11 | J | | |
| 39. | | | | | Sold (part) | 06/16/11 | J | | |
| 40. | | | | | Buy | 06/21/11 | K | | |
| 41. | | | | | Sold (part) | 06/23/11 | J | | |
| 42. | | | | | Buy | 06/24/11 | J | | |
| 43. | | | | | Sold (part) | 06/30/11 | J | | |
| 44. | | | | | Sold (part) | 07/01/11 | K | | |
| 45. | | | | | Sold (part) | 07/05/11 | J | | |
| 46. | | | | | Sold (part) | 07/08/11 | J | | |
| 47. | | | | | Sold (part) | 07/20/11 | J | | |
| 48. | | | | | Sold (part) | 07/21/11 | J | | |
| 49. | | | | | Buy | 07/25/11 | J | | |
| 50. | | | | | Sold (part) | 07/27/11 | J | | |
| 51. | | | | | Sold (part) | 08/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/11/11 | J | | |
| 53. | | | | | Sold (part) | 08/12/11 | J | | |
| 54. | | | | | Sold (part) | 08/18/11 | J | | |
| 55. | | | | | Sold (part) | 08/24/11 | J | | |
| 56. | | | | | Buy | 08/25/11 | J | | |
| 57. | | | | | Sold (part) | 08/30/11 | J | | |
| 58. | | | | | Sold (part) | 08/31/11 | J | | |
| 59. | | | | | Sold (part) | 09/22/11 | J | | |
| 60. | | | | | Buy | 09/23/11 | J | | |
| 61. | | | | | Buy | 09/26/11 | J | | |
| 62. | | | | | Buy | 09/27/11 | K | | |
| 63. | | | | | Sold (part) | 09/28/11 | J | | |
| 64. | | | | | Sold (part) | 09/29/11 | J | | |
| 65. | | | | | Buy | 10/19/11 | L | | |
| 66. | | | | | Sold (part) | 10/21/11 | J | | |
| 67. | | | | | Buy | 10/25/11 | J | | |
| 68. | | | | | Sold (part) | 11/02/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/03/11 | L | | |
| 70. | | | | | Buy | 11/07/11 | J | | |
| 71. | | | | | Sold (part) | 11/08/11 | M | | |
| 72. | | | | | Buy | 11/16/11 | J | | |
| 73. | | | | | Buy | 11/23/11 | J | | |
| 74. | | | | | Buy | 12/02/11 | J | | |
| 75. | | | | | Buy | 12/05/11 | J | | |
| 76. | | | | | Buy | 12/12/11 | J | | |
| 77. | | | | | Buy | 12/12/11 | J | | |
| 78. | | | | | Buy | 12/14/11 | J | | |
| 79. | | | | | Buy | 12/16/11 | J | | |
| 80. | | | | | Sold (part) | 12/22/11 | J | | |
| 81. | | | | | Buy | 12/27/11 | M | | |
| 82. | | | | | Sold (part) | 12/29/11 | J | | |
| 83. Allendale, MI Public Callable Bond (X) | A | Interest | K | T | | | | | |
| 84. American Municipal Power OH Callable Bond (X) | A | Interest | K | T | | | | | |
| 85. Maryland St. Health & Higher Bond (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alabama State Board Education Callable Bond (X) | A | Interest | K | T | | | | | |
| 87. Louisville Jefferson KY Callable Bond (X) | A | Interest | K | T | | | | | |
| 88. Long Island Power Callable Bond (X) | A | Interest | K | T | | | | | |
| 89. Minnesota St B/E Bond (2) (X) | B | Interest | L | T | | | | | |
| 90. Chatham Co GA Hospital Callable Bond (X) | B | Interest | L | T | | | | | |
| 91. Akron Bath Copley OH Callable Bond (X) | A | Interest | K | T | | | | | |
| 92. Illinois State FGIC Bond (X) | A | Interest | L | T | | | | | |
| 93. Idaho HSG AGY Callable Bond (X) | B | Interest | | | Redeemed | 11/4/11 | K | | |
| 94. Atlantic BCH FL HLTH Callble Bond (X) | A | Interest | J | T | | | | | |
| 95. Beaumont, TX Callable Bond (X) | A | Interest | | | Sold | 10/13/11 | K | A | |
| 96. Georgia Municipal Electric Bond (X) | A | Interest | K | T | | | | | |
| 97. Collier CO FL Capital Callable Bond (X) | A | Interest | K | T | | | | | |
| 98. Clark City Nevada School Callable Bond (X) | A | Interest | K | T | | | | | |
| 99. Columbus OH Swr Callable Bond (X) | A | Interest | K | T | | | | | |
| 100. Columbus OH City Sch Callable Bond (X) | A | Interest | K | T | | | | | |
| 101. Florida St. BER Callable Bond (X) | B | Interest | K | T | | | | | |
| 102. Connecticut St. Health & RV Callable Bond (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Connecticut St. Health & Ser Callable Bond (X) | A | Interest | J | T | | | | | |
| 104. Del Valle Texas ISD Callable Bond (X) | B | Interest | K | T | | | | | |
| 105. Atlanta GA Water &Wastewater Bond (X) | A | Interest | L | T | | | | | |
| 106. Austin TX Water & Wastewater Callable Bond (X) | A | Interest | | | Sold | 10/13/11 | K | | |
| 107. Adams County Neb School Callable Bond (X) | A | Interest | J | T | | | | | |
| 108. Colorado Hlth FAC Auth Callable Bond (X) | A | Interest | J | T | | | | | |
| 109. Colorado Hlth FAC All Callable Bond (X) | A | Interest | J | T | | | | | |
| 110. District Columbia Rev Callable Bond (X) | A | Interest | J | T | | | | | |
| 111. Houston TX Util Sys Callable Bond (X) | A | Interest | L | T | | | | | |
| 112. Connecticut State Ser C Callable Bond (X) | C | Interest | K | T | | | | | |
| 113. Connecticut ST Gen Rev Callable Bond (X) | A | Interest | J | T | | | | | |
| 114. Connecticut ST FSA SR C Callable Bond (X) | A | Interest | M | T | | | | | |
| 115. Connecticut ST SR A Bond (2) (X) | B | Interest | M | T | | | | | |
| 116. Duval Co FL Sch Callable Bond (X) | A | Interest | K | T | | | | | |
| 117. Clayton County & Clayton Co Callable Bond (X) | A | Interest | K | T | | | | | |
| 118. Detroit MI LOC Dev Calable Bond (X) | A | Interest | K | T | | | | | |
| 119. Florida St Brd Ed Lottery SR A (X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Nevada St FGIC Callable Bond (X) | A | Interest | K | T | | | | | |
| 121. Univ Houston TX Callable Bond (X) | A | Interest | K | T | | | | | |
| 122. Harris County TX Cultural SR A Callable Bond (X) | A | Interest | | | Sold | 10/13/11 | K | | |
| 123. Kendall & Kane Countys Callable Bond (X) | A | Interest | K | T | | | | | |
| 124. Indiana Hlth FAC Fing Callable Bond (X) | A | Interest | K | T | | | | | |
| 125. Florida St. Dept Environmen. Callable Bond (2) (X) | B | Interest | L | T | | | | | |
| 126. University Ill Unv Callable Bond (X) | A | Interest | K | T | | | | | |
| 127. Kentucky Infrastruct Callable Bond (X) | B | Interest | L | T | | | | | |
| 128. Florida St Brd Ed. Lottery SrB (X) | A | Interest | K | T | | | | | |
| 129. Medical Univ SC Hosp Bond (X) | B | Interest | L | T | | | | | |
| 130. Metropolitan Transn Callable Bond (X) | A | Interest | K | T | | | | | |
| 131. New York City Cultural Callable Bond (X) | B | Interest | L | T | | | | | |
| 132. New York City Indus Dev Callable Bond (X) | A | Interest | K | T | | | | | |
| 133. Medical Univ SC Hosp Callable Bond (X) | A | Interest | K | T | | | | | |
| 134. Metropolitan Trans Auth NY Bond (2) (X) | A | Interest | L | T | | | | | |
| 135. Ohio St. Ser A Callable Bond (X) | A | Interest | L | T | | | | | |
| 136. Pennyslvania Higher Ed Callable Bond (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. San Antonio TX Elec Callable Bond (X) | A | Interest | K | T | | | | | |
| 138. Texas Transport Comm Gen Callable Bond (X) | A | Interest | K | T | | | | | |
| 139. South Carolina St Pub Callable Bond (X) | A | Interest | K | T | | | | | |
| 140. Wisconsin St Sec C Bond (X) | A | Interest | L | T | | | | | |
| 141. Victoria Tex Go Ult Callable Bond (X) | A | Interest | K | T | | | | | |
| 142. Amarillo Tex CTFS Callable Bond (X) | A | Interest | K | T | | | | | |
| 143. Virginia St Pub Sch Auth Callable Bond (X) | A | Interest | K | T | | | | | |
| 144. Conneticut St Gen Ser A Callable Bond (X) | A | Interest | K | T | | | | | |
| 145. Florida St Brd Ed Callable Bond (X) | A | Interest | L | T | | | | | |
| 146. Mass St Port Au Rev Callable Bond (X) | B | Interest | L | T | | | | | |
| 147. Florida St Brd Educ Pub Callable Bond (X) | A | Interest | L | T | | | | | |
| 148. John Hancock Variable Annuity | A | Dividend | N | T | | | | | |
| 149. Dreyfus Liquid Assets Class I | A | Dividend | J | T | | | | | |
| 150. Certificate of Deposit Bank of China | A | Interest | | | Matured | 01/07/11 | K | | |
| 151. Citibank Bank Deposit Program | A | Interest | | | Sold | 10/18/11 | L | | |
| 152. Eaton Vance Tax-Adv Bond Strategies Short term Fund A FBOID | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 153. | | | | | Buy | 11/1/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 12/1/11 | J | | |
| 155. | | | | | Buy | 12/22/11 | J | | |
| 156.  Nuveen Municipal Bond Fund | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 157. | | | | | Buy | 11/1/11 | J | | |
| 158. | | | | | Buy | 11/1/11 | J | | |
| 159. | | | | | Buy | 12/1/11 | J | | |
| 160. | | | | | Buy | 12/6/11 | J | | |
| 161.  Franklin/Templeton Global Bond Fund | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 162. | | | | | Buy | 11/17/11 | J | | |
| 163. | | | | | Buy | 12/19/11 | J | | |
| 164. | | | | | Buy | 12/19/11 | J | | |
| 165.  RMA Money Market | A | Dividend | K | T | Buy | 10/21/11 | L | | |
| 166. | | | | | Buy | 10/25/11 | J | | |
| 167. | | | | | Sold (part) | 10/26/11 | K | | |
| 168. | | | | | Sold (part) | 10/28/11 | J | | |
| 169. | | | | | Buy | 11/23/11 | J | | |
| 170. | | | | | Buy | 12/21/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 12/23/11 | J | | |
| 172. Europacific Funds Class C | A | Dividend | | | Sold | 11/23/11 | J | A | |
| 173. Growth Fund of America Class C | A | Dividend | | | Sold | 11/23/11 | J | A | |
| 174. PIMCO All Assets All Auth C | A | Dividend | J | T | Buy | 11/23/11 | J | | |
| 175. | | | | | Buy | 11/28/11 | J | | |
| 176. | | | | | Buy | 11/29/11 | J | | |
| 177. First Eagle Global Fund Class C | A | Dividend | J | T | Buy | 11/23/11 | J | | |
| 178. | | | | | Buy | 11/23/11 | J | | |
| 179. | | | | | Buy | 12/14/11 | J | | |
| 180. Whitney Holding Corp (purchased by Hancock on 6/9/11) | A | Dividend | | | Merged (with line 181) | 6/9/11 | J | | |
| 181. Hancock Holding Co (formerly Whitney Holding Corp) | A | Dividend | L | T | | | | | |
| 182. Merrill Lynch Priority CMA Tax Exempt Fund | A | Dividend | K | T | Buy | 1/3/11 | J | | |
| 183. | | | | | Buy | 1/4/11 | J | | |
| 184. | | | | | Sold (part) | 2/3/11 | J | | |
| 185. | | | | | Buy | 4/1/11 | J | | |
| 186. | | | | | Buy | 4/4/11 | J | | |
| 187. | | | | | Buy | 8/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 8/17/11 | J | | |
| 189. | | | | | Buy | 9/16/11 | J | | |
| 190. | | | | | Buy | 10/16/11 | J | | |
| 191. State of Louisiana (Start Program) | A | Interest | J | T | | | | | |
| 192. Trust #! (savings account First Bank & Trust) | A | Interest | J | T | | | | | |
| 193. Africk Investments | C | Dividend | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LANCE M. AFRICK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544